# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
**Judge John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Judge D. Lowell Jensen**
**United States District Court**
**Northern District of California**

**Judge J. Frederick Motz**
**United States District Court**
**District of Maryland**

**Judge Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Judge Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**Judge David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**Judge Anthony J. Scirica**
**United States Court of Appeals**
**Third Circuit**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20002**

**Telephone: [202] 502-2800**
**Fax: [202] 502-2888**
**http://www.jpml.uscourts.gov**

November 14, 2007

United States Courts
Southern District of Texas
FILED

NOV 19 2007

Michael N. Milby, Clerk of Court

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

Re: MDL No. 1842 -- IN RE: Kugel Mesh Hernia Patch Products Liability Litigation

(See Attached CTO-8)

Dear Mr. DiMarzio:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 26, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Morgan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Mary M. Lisi
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2007

FILED
CLERK'S OFFICE

United States Courts
Southern District of Texas
FILED

NOV 19 2007

Michael N. Milby, Clerk of Court

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-8)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 89 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

NOV 14 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS

| <u>DIST.</u> | <u>DIV.</u> | <u>C.A. #</u> | <u>CASE CAPTION</u> |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 07-1515 | Frank Lapomardo, et al. v. C.R. Bard, Inc., et al. |
| MINNESOTA | | | |
| MN | 0 | 07-4273 | Tammy A. Laxton v. Davol, Inc., et al. |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 3 | 07-615 | Margaret Williams v. Davol, Inc., et al. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 07-3306 | Robin Arsene Bolton v. Davol, Inc., et al. |
| TXS | 4 | 07-3307 | Mary B. Brown v. Davol, Inc., et al. |
| TXS | 4 | 07-3308 | Diana M. Burton v. Davol, Inc., et al. |
| TXS | 4 | 07-3309 | Rita D. Chandler v. Davol, Inc., et al. |
| TXS | 4 | 07-3310 | William J. Isch v. Davol, Inc., et al. |
| TXS | 4 | 07-3311 | Barbara S. Kendall v. Davol, Inc., et al. |
| TXS | 4 | 07-3312 | David A. Leis v. Davol, Inc., et al. |
| TXS | 4 | 07-3313 | James B. Samuel v. Davol, Inc., et al. |
| TXS | 4 | 07-3314 | Deanne P. Turco v. Davol, Inc., et al. |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-8)

David Willis Alexander
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Edward Baxter Chatoian
Law Offices of Edward B. Chatoian
2607 Fresno Street
Fresno, CA 93721

Wayne Dowdy
Dowdy & Cockerham
P.O. Box 30
Magnolia, MS 39652

Thomas M. Frieder
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Joe G. Hollingsworth
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
Charles H. Johnson & Associates, PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Donald A. Migliori
Motley Rice, LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Robert H. Pedersen
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-8)**

Hon. Anthony W. Ishii
U.S. District Judge
United States District Court
2500 Tulare Street
Room 1501
Fresno, CA 93721-1318

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Daniel P. Jordan, III
U.S. District Judge
110 James O. Eastland United States Courthouse
245 East Capitol Street
Jackson, MS 39201-2409

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS**
**LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-8)**

Jack L. Wagner, Clerk
5000 United States Courthouse
1130 O Street
Fresno, CA 93721

Richard Sletten, Clerk
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552